## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| LYNN PHILLIPS, <br><br> Plaintiff, <br><br> v. <br><br> CSC SERVICEWORKS, INC. d/b/a APPLIANCE WAREHOUSE OF AMERICA, INC., <br><br> Defendant. | Case No. 3:18-cv-02309-S <br><br> Honorable Judge Karen G. Scholer |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff LYNN PHILLIPS and the Defendant CSC SERVICEWORKS, INC. d/b/a APPLIANCE WAREHOUSE OF AMERICA, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: January 24, 2019

**LYNN PHILLIPS**

*/s/ Omar T. Sulaiman*
Omar T. Sulaiman
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
osulaiman@sulaimanlaw.com

Respectfully Submitted,

**CSC SERVICEWORKS, INC.**

*/s/ Rebecca Schwartz (with consent)*
Rebecca Schwartz
*Counsel for CSC Serviceworks, Inc..*
Shook, Hardy & Bacon, LLP
2555 Grand Blvd
Kanasa City, MO 64108
Phone: (816) 474-6550
rschwartz@shb.com